# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
& DEVELOPMENT

NO.  2023 CW 0245

VERSUS

TANGER PROPERTIES LIMITED
PARTNERSHIP

**MARCH 30, 2023**

---

In Re:   Tanger Properties Limited Partnership, applying for
supervisory writs, 23rd Judicial District Court,
Parish of Ascension, No. 133723.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT